UNITED STATES of America,
Plaintiff—Appellee,

v.

Bernard Nathaniel CHRISTIAN,
Defendant—Appellant.

No. 07–7023.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 28, 2008.

Decided: March 5, 2008.

Bernard Nathaniel Christian, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard Nathaniel Christian appeals the district court's order denying his motion for return of property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Christian*, Nos. 1:03–cr–00351; 1:07–cv–00229 (D.Md. Jan. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*